THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE WILLIAMS, Appellant.— Motion to enlarge time granted and case ordered on the calendar for Monday, December 8, 1930. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BENJAMIN BELFER, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, Respondent.— Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MAGASKE, Appellant, v. GROVER A. WHALEN, as Police Commissioner, Respondent.— Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE MARKS, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, at Ossining, New York, Respondent.— Motion to dispense with printing record denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

HARRY RANDELL, Respondent, v. DENWOOD REALTY CO., INC., Appellant. BENJAMIN BENENSON, Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

BARNET RIFKIN, Appellant, v. ED ZIT HOLDING CORPORATION, Respondent.— Motion to dismiss appeal granted, without costs, and appeal dismissed, without costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

LELAND Y. ROBINSON, Respondent, v. ANTONIA K. ZAK and LONG ISLAND STATE BANK AND TRUST COMPANY, as Executors, etc., of JOHANNA REMLING, Deceased, Appellant. THADDEUS C. SLAWSKI, Respondent.— Motion to dismiss appeal denied upon condition that the bond directed in the order granting the stay be filed within five days from service of a copy of the order herein, and upon the further condition that the appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.

HAROLD L. ROTHSCHILD and BERTRAM W. DOWNS, Doing Business as ROTH-DOWNS MANUFACTURING COMPANY, Appellants, v. IGNITION ELECTRICAL SERVICE CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellants pay respondent ten dollars costs within five days from the service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

EDWARD SAMUELS, Respondent, v. WEAR FINE CLOAK CO., INC., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kapper, Carswell, Scudder and Tompkins, JJ.; Lazansky, P. J., not voting.